UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE DA CAMARA,<br><br>                Plaintiff,<br><br>    vs.<br><br>POSHMARK, INC., MANISH CHANDRA, NAVIN CHADDHA, EBONY BECKWITH, JEFF EPSTEIN, JENNY MING, HANS TUNG, and SERENA J. WILLIAMS,<br><br>                Defendants. | Case No.: 3:22-cv-07379-WHA<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Suzanne Da Camara ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: February 1, 2023         **BRODSKY & SMITH**

                                   By:  */s/ Evan J. Smith*
                                          Evan J. Smith
                                          9595 Wilshire Blvd., Ste. 900
                                          Beverly Hills, CA 90212
                                          Phone: (877) 534-2590
                                          Facsimile (310) 247-0160

                                          *Attorneys for Plaintiff*